FILED by **JA** D.C.

Mar 16, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 21-60094-CR-ALTMAN/HUNT

CASE NO. _____

18 U.S.C. § 1591
18 U.S.C. § 1594(c)
18 U.S.C. §§ 2251(a) & (e)

UNITED STATES OF AMERICA

vs.

FRANTZ MERSIER and
PAULA BARBOZA,

        **Defendants.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Commit Sex Trafficking
### (18 U.S.C. § 1594(c))

From on or about December 7, 2020, and continuing through on or about December 9, 2020, in Broward County, in the Southern District of Florida, the defendants,

**FRANTZ MERSIER and
PAULA BARBOZA,**

did knowingly and willfully combine, conspire, confederate, and agree with each other to knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, maintain, patronize and solicit by any means a person, knowing, in reckless disregard of the fact, and having had a reasonable opportunity to observe the person, that the person had not attained the age of eighteen (18) years and would be caused to engage in a commercial sex

act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c); all in violation of Title 18, United States Code, Section 1594(c).

## COUNT 2
### Sex Trafficking of a Minor
### (18 U.S.C. § 1591)

From on or about December 7, 2020, and continuing through on or about December 9, 2020, in Broward County, in the Southern District of Florida, the defendants,

**FRANTZ MERSIER and
PAULA BARBOZA,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, maintain, patronize and solicit by any means a person, that is, MINOR VICTIM, knowing, in reckless disregard of the fact, and having had a reasonable opportunity to observe MINOR VICTIM, that MINOR VICTIM had not attained the age of eighteen (18) years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), (c), and 2.

## COUNT 3
### Production of Child Pornography
### (18 U.S.C. §§ 2251(a) and (e))

On or about December 7, 2020, in Broward County, in the Southern District of Florida, the defendant,

**PAULA BARBOZA,**

did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign

commerce, such visual depiction having been produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction having actually been transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which any of the defendants, **FRANTZ MERSIER** and **PAULA BARBOZA,** have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Sections 1591 or 1594(c), as alleged in this Indictment, the defendant shall forfeit to the United States (a) such person's interest in any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property, pursuant to Title 18, United States Code, Section 1594(d)(1); and (b) any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violation, or any property traceable to such property, pursuant to Title 18, United States Code, Section 1594(d)(2).

3. Upon conviction of a violation of Title 18, United States Code, Section 2251, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

    a. Any visual depiction described in Title 18, United States Code, Sections

2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b.  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c.  Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

All pursuant to Title 18, United States Code, Sections 1594(d) and 2253(a) and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

*[signature]*
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

*[signature]*
BROOKE ELISE LATTA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

FRANTZ MERSIER and
PAULA BARBOZA,

_____ Defendants _____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
___ Miami       ___ Key West
_✓_ FTL         ___ WPB         ___ FTP

New defendant(s)            Yes ___  No ___
Number of new defendants    ___
Total number of counts      ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)   No
   List language and/or dialect   _____

4. This case will take _3-5_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days         _✓_        Petty       ___
   II   6 to 10 days        ___        Minor       ___
   III  11 to 20 days       ___        Misdem.     ___
   IV   21 to 60 days       ___        Felony      _✓_
   V    61 days and over    ___

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes: Magistrate Case No.   21-MJ-06090-STRAUSS
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of   2/23/2021 (Mersier); 2/26/2021 (Barboza)
   Defendant(s) in state custody as of     12/23/2020 (Barboza); 1/22/2021 (Mersier)
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No _✓_

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No _✓_

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ___   No _✓_

_____
BROOKE ELISE LATTA
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 105315

*Penalty Sheet(s) attached                                                      REV 6/5/2020

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** FRANTZ MERSIER

**Case No.**

Count #: 1

Conspiracy to Commit Sex Trafficking of a Minor

Title 18, United States Code, Section 1594(c)

**\*Min./Max. Penalty:** Statutory Maximum of Life Imprisonment; Minimum of 5 Years' Supervised Release, up to Life; Maximum Fine of $250,000.

Count #: 2

Sex Trafficking of a Minor

Title 18, United States Code, Section 1591(a)(1), (b)(2) and (c)

**\*Min./Max. Penalty:** Statutory Maximum of Life Imprisonment with a 10-Year Minimum Mandatory Sentence; Minimum of 5 Years' Supervised Release, up to Life; Maximum Fine of $250,000.

**\*Refers only to possible term of incarceration, does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  PAULA BARBOZA

**Case No.**

Count #: 1

Conspiracy to Commit Sex Trafficking of a Minor

Title 18, United States Code, Section 1594(c)

**\*Max. Penalty:** Statutory Maximum of Life Imprisonment; Minimum of 5 Years' Supervised Release, up to Life; Maximum Fine of $250,000.

Count #: 2

Sex Trafficking of a Minor

Title 18, United States Code, Section 1591(a)(1), (b)(2) and (c)

**\*Min./Max. Penalty:** Statutory Maximum of Life Imprisonment with a 10-Year Minimum Mandatory Sentence; Minimum of 5 Years' Supervised Release, up to Life; Maximum Fine of $250,000.

Count #: 3

Production of Child Pornography

Title 18, United States Code, Section 2251(a) and (e)

**\*Min./Max. Penalty:** Minimum of 15 Years' Imprisonment up to 30 Years' Imprisonment; Minimum of 5 Years' Supervised Release up to Life; Maximum Fine of $250,000.

**\*Refers only to possible term of incarceration, does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**